## 56600. UNITED STATES FIDELITY & GUARANTY COMPANY et al. v. FOSTER.

QUILLIAN, Presiding Judge.

This case is controlled by *U. S. Fidelity &c. Co. v. Navarre,* 147 Ga. App. 302.

*Judgment affirmed. Webb and McMurray, JJ., concur.*

ARGUED SEPTEMBER 7, 1978 — DECIDED SEPTEMBER 25, 1978.

*Hopkins & Gresham, H. Lowell Hopkins,* for appellants.

*Glass, Shaifer & Connell, George H. Connell, Jr.,* for appellee.